**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2202**

JOHN CUTONILLI,

                    Plaintiff - Appellant,

          v.

STATE OF MARYLAND,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James  K.  Bredar,  District  Judge.
(1:15-cv-00629-JKB)

Submitted:  February 25, 2016      Decided:  February 29, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

John Cutonilli, Appellant Pro Se.   Mark Holdsworth Bowen,
Assistant Attorney General, Pikesville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Cutonilli seeks to appeal the district court's order granting, in part, and denying without prejudice, in part, the State of Maryland's motion to dismiss Cutonilli's claims challenging Maryland's Firearm Safety Act of 2013, Md. Code Ann., Crim. L. §§ 4-301 to 4-306 (LexisNexis 2015), as violative of Maryland's Constitution and the Second and Fourteenth Amendments to the United States Constitution. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Cutonilli seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2